UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 12 UNITED STATES POSTAL MONEY ORDERS TOTALING $10,700.00, <br><br> Defendant. | Civil No. 06cv1538BEN(LSP) <br><br> ORDER GRANTING JUDGMENT OF FORFEITURE BY DEFAULT AS TO THE INTEREST OF CHRISTOPHER FREDERICK |

On July 31, 2006 the United States filed a Complaint for forfeiture against 12 United States Postal Money Orders Totaling $10,700.00 ("Defendant").

1. On July 31, 2006, a Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On August 17, 2006, the defendant was seized and arrested by a duly authorized United States Marshal, who thereafter took possession and custody of the defendants, pursuant to the Court's Order appointing the United States Marshals as custodian, dated August 3, 2006.

///

///

1     2.   On August 25, September 1, and September 8, 2006, pursuant to Rule C(4), Supplemental Rules for Certain Admiralty and Maritime Claims, notice was published in the <u>San Diego Commerce.</u>

    3.   On August 3, 2006, a Notice of Complaint and a copy of the Complaint for Forfeiture were sent by certified mail as follows:

| Name and address | Article No. | Result |
|---|---|---|
| Marcos Burgos<br>c/- Richard M. Barnett, Esq.<br>105 West "F" St., 4th Floor<br>San Diego, CA  92101 | 70042510000330167528 | Signed Received |
| Christopher Frederick<br>1367 Sterling Place 7G<br>Brooklyn, NY  11213 | 70042510000330167511 | Unclaimed |

On September 1, 2006, a Claim and Answer was filed by Marcos Burgos.

From the time of said notice, no claim or answer has been filed by Christopher Frederick regarding the above-named defendant.

On November 9, 2006, pursuant to the government's request for Clerk's Entry of Default as to the interest of Christopher Frederick, the District Court Clerk's Office entered a Default in this case.

On November 21, 2006 the United States filed its Notice of Motion and Motion for Judgment by Default As To The Interest of Christopher Frederick which was heard January 8, 2007. Potential claimant, Christopher Frederick, was served notice of the Motion for Judgment by Default.

No responsive pleadings to contest the default have been filed.

WHEREAS, pursuant to the Civil Forfeiture Reform Act of 2000, the burden of proof in civil forfeiture cases is a preponderance of the evidence and here the government's evidence for forfeiture is

provided in the Declaration of DEA Special Agent Flores, signed under penalty of perjury and incorporated into the Complaint for Forfeiture.  The evidence provided by Special Agent Flores is undisputed by claimant.  The government has shown by a preponderance of the evidence that the defendant currency was property involved in transactions and violations of Title 21, United States Code, Sections 841(a)(1) and 881(a)(6).

IT IS FURTHER ORDERED that the costs incurred by the Drug Enforcement Administration and the United States Marshals Service which were incident to the seizure of the defendant currency shall be borne by the United states of America.

THEREFORE, GOOD CAUSE APPEARING:

The interest of Christopher Frederick is hereby condemned and forfeited to the United States.

IT IS SO ORDERED.

DATED:   February 14, 2007

_____
Hon. Roger T. Benitez
United States District Judge

3