UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 06cv1538-BEN(LSP) |
| Plaintiff, | ORDER FOR JUDGMENT OF FORFEITURE |
| v. | |
| 12 UNITED STATES POSTAL MONEY ORDERS TOTALING $10,700.00, | |
| Defendant. | |

Having reviewed the Joint Motion for Judgment of Forfeiture and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is GRANTED.

1. Fifty-one percent (51%), or $5,457.00, of the above-referenced Defendant is forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. Judgment is entered in favor of the United States on its complaint. Forty-nine percent (49%), or $5,243.00 plus interest, according to law, of the Defendant shall be returned to Claimant Marcos Burgos through his attorney, Richard M. Barnett.

2. Costs incurred by the United States incident to the seizure and custody of the Defendant, if any, shall be borne by the United States.

//

//

3. The person or persons who made the seizure or the prosecutor are not liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimant has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. Each party shall bear its own costs and expenses, including attorney fees.

4. Claimant has warranted and represented as a material fact that he is the sole owner of the Defendant and further warrants that no other person or entity has any right, claim or interest in the Defendant. Claimant is ordered to defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the Defendant.

5. The Claimant, his agents, employees, or assigns, hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the Defendant.

6. Following forfeiture and distribution of the Claimant's portion of the Defendant as described above, this case shall be closed.

Let judgment be entered accordingly.


DATED: February 23, 2007

_____
Hon. Roger T. Benitez
United States District Judge