# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

           V.

12 United States Postal Money Orders Totaling $10,700.00

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  06cv1538 BEN(LSP)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants the Joint Motion for Judgment of Forfeiture..........................................................................

| February 23, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | S/J. Hathaway |
|  | (By) Deputy Clerk |
|  | ENTERED ON February 23, 2007 |

06cv1538 BEN(LSP)